UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| BARRINGTON REDWAY OWEN,<br><br>Petitioner,<br><br>v.<br><br>JOHN TSOUKARIS, et al.,<br><br>Respondents. | Civ. No. 17-1691 (KM)<br><br><br><br>**MEMORANDUM AND ORDER** |

The petitioner, Barrington Redway Owen, is an immigration detainee currently lodged at the Essex County Correctional Facility in Newark, New Jersey. He is proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. Mr. Owen has not paid the filing fee. Furthermore, Mr. Owen's application to proceed *in forma pauperis* is incomplete as it is not signed. *See* FED. R. CIV. P. 11(a) ("Every pleading, written motion, and other paper must be signed by . . . a party personally if the party is unrepresented."). Additionally, it does not include all of the information necessary for this Court to determine whether Mr. Owen is entitled to *in forma pauperis* status. Therefore, this Court will deny Mr. Owen's application to proceed *in forma pauperis* without prejudice. Mr. Owen is instructed to complete the blank application to proceed *in forma pauperis* form that accompanies this Order should he wish to pursue this action *in forma pauperis*.

Accordingly, IT IS this 15th day of March, 2017,

ORDERED that petitioner's application to proceed *in forma pauperis* is denied without prejudice; and it is further

ORDERED that the Clerk shall administratively terminate this case for petitioner's failure to pay the requisite filing fee of $5.00 or submit a complete application to proceed *in forma pauperis* on the form supplied by the Clerk, and it is further

ORDERED that if petitioner wishes to reopen this action, he shall notify the Court within thirty (30) days of the date of entry of this Order, in writing; petitioner's writing shall include either a complete and signed *in forma pauperis* application or the $5.00 filing fee; and it is further

ORDERED that the Clerk shall serve a copy of this order and a blank form application to proceed *in forma pauperis* by a non-prisoner (AO 239) to petitioner by regular U.S. mail.

_____
KEVIN MCNULTY
United States District Judge